Timothy P. Thomas, Esq.
Nevada Bar No. 5148
Law Office of Timothy P. Thomas, LLC
1771 E. Flamingo Rd. Ste. 212-B
Las Vegas, NV 89119
(702) 227-0011 Fax (702) 227-0334
tthomas@tthomaslaw.com
*Attorney for Debtor.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

WILLIAM J. LEAVITT, JR.,

Debtor.

Case No. 24-13197-mkn
Chapter 11

REQUESTED HEARING

## MOTION FOR EXTENSION OF AUTOMATIC STAY

WILLIAM J. LEAVITT, JR. ("Debtor") by and through his counsel, the Law Offices of Timothy P. Thomas, LLC ("Thomas firm"), moves this court for effectuate the automatic stay pursuant to 11 U.S.C. 362(c)(4). This Motion is made and based upon the following information and the papers and pleadings on file herein.

I.  **STATEMENT OF FACT**

1. Debtor filed its Voluntary Petition under Chapter 11, Subchapter V, of the U.S. Bankruptcy Code on June 26, 2024.

2. On February 22, 2024, Debtor filed a Voluntary Petition under Chapter 13 of the U.S. Bankruptcy Code, District of Nevada, Case No 24-10799-mkn. On June 4, 2024, that case was dismissed for failure to file a timely plan and failure to make plan payments. [ECF 35]

3. The Debtor is an individual with business operations that involve multiple parcels of real property. The Debtor's income is limited to social security income and a plan could not be feasible to satisfy the secured claims.

4. The Debtor seeks to have the court order the automatic stay under 11 U.S.C 362 to be extended in this case through confirmation of a chapter 11 plan or dismissal.

5. The cases filed by the Debtor were filed in good faith to avoid foreclosure of real property, which has value in excess of the outstanding secured claims. Debtor has retained counsel and intends to prosecute this case and cooperate fully with the U.S. Trustee's office to facilitate the creation and confirmation of plan.

6. The Debtor holds real property parcels that are subject to secured claims of approximately $1,450,000. The Debtor has a pending offer to purchase the properties for a price of $2.2 million dollars. The Debtor is filing a Motion to Approve Sale on shortened time to complete the sale as soon as commercially possible and satisfy the secured claims. There are only minimal general unsecured claims which should be satisfied by the sale.

II.     **STATEMENT OF LAW**

11 U.S.C. §362(c)(4)(B)(i) allows a debtor to file a motion to apply the automatic stay to any and all creditors, upon notice and hearing to be completed within 30 days of filing the later case, and upon a showing that the filing is in good faith as to the creditors to be stayed.

Section 363(c)(4) states in relevant part,

(A) (i)If a single or joint case is filed by or against the debtor who is an individual under this title, and if 2 or more single or joint cases of the debtor were pending within the previous

-2-

year but were dismissed, other than a case refiled under a chapter other than chapter 7 after dismissal under section 707(b), the stay under subsection (a) shall not go into effect upon the filing of the later case.; and
    (ii) on request of a party in interest, the court shall promptly enter an order confirming that no stay is in effect;
(B) If, <u>within 30 days after the filing of the later case, a party in interest requests</u> the court may order the stay to take effect in the case as to any or all creditors (subject to such conditions or limitations as the court may impose), after notice and hearing, only if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed.
(C) A stay imposed under subparagraph (B) shall be effective on the date of the entry of the order allowing the stay to go into effect; (emphasis added)

In the instant case, the Debtor has prepared the petition and documents in a timely manner and brings this motion on quickly to protect the assets of the estate. Debtor is preparing to sell the real property to fund a plan.

Debtor is requesting that the Court apply and extend the automatic stay as to all creditors to the allow the Debtor to propose a good faith plan of reorganization to repay creditors. The assets of the estate are essential to allow the Debtor to operate and produce revenue for repayment and operation of the businesses involved.

WHEREFORE, Debtor respectfully requests that the Court extend the Automatic Stay pursuant to 11 U.S.C. §362(c)(3)(B), and any other relief as the Court deems just and proper in the circumstances.

Dated this 6 day of July, 2024.

Submitted by:
LAW OFFICE OF TIMOTHY P. THOMAS, LLC

<u>/s/ Timothy P. Thomas</u>
Timothy P. Thomas, Esq.
Nevada State Bar No. 5148
1771 E. Flamingo Road, Suite B-212
Las Vegas, NV 89119
(702) 227-0011
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the following: MOTION FOR EXTENSION OF THE AUTOMATIC STAY was served on this 6 of July, 2024, by:

Electronic service to the ECF service matrix and by depositing a true and correct copy of the above in a mailbox of the US Post Office, enclosed in a sealed envelope, postage prepaid thereon, addressed to the following interested parties:

U.S. Trustee Office
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

Submitted by:

/s/ *Kimbrely Nunez*
An employee of The Law Office of
Timothy P. Thomas, LLC